UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
KEITH TODD,

                      Plaintiff,

      -against-                                      20 **CIVIL** 3608 (NSR)

## JUDGMENT

LEROY FIELDS, ADAM W. SILVERMAN,
ANNE MARIE MCGRATH, TINA STANFORD,
and ANTHONY J. ANNUCCI,

                      Defendants.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated February 25, 2022, Defendants' motion to dismiss is GRANTED and pro se Plaintiff's Complaint is DISMISSED in its entirety without leave to replead. The Court also certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962); accordingly, the case is closed.

**Dated:**  New York, New York

           February 28, 2022

                                                              **RUBY J. KRAJICK**

                                                               **Clerk of Court**

                                        **BY:**        /s/ K. Mango
                                                               **Deputy Clerk**